U.S. District Court
Western District of Louisiana
Robert H. Shemwell, Clerk
RECEIVED
Date: 02-21-07
By: M. Cassanova

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | **CASE NO.    06-50042-01** |
| **AMANDA L. RIVERS** | Bobby Sutton, Sr. |
| **(Name of Defendant)** | **(Defendant's Attorney)** |

**THE DEFENDANT:**

[X]   Admitted guilt and waived hearing as to violation of conditions of the term of supervision: (SEE BELOW)

[ ]   Was found in violation of conditions of the term of supervision after a denial of guilt: (SEE BELOW)

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| | | |

**The court finds that Defendant has committed one Grade B and at least four Grade C violations of her supervised probation as outlined in the Petition For Warrant filed by the Probation Officer on January 29, 2007.**

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

**February 21, 2007**
**Date of Imposition of Judgment**

**Mark L. Hornsby, U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

**February 21, 2007**
**Date Signed**

_MARK L. HORNSBY_
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| **DEFENDANT:** AMANDA L. RIVERS | **JUDGMENT PAGE** 2 **OF** 2 |
| **CASE NO.:** 06-50042-01 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

> It is ordered that the eighteen (18) month term of Supervised Probation imposed on August 18, 2006 is revoked, and as to each of Counts One and Two, Defendant is committed to the custody of the Bureau of Prisons for six (6) months, to be served concurrently. No term of Supervised Release is ordered. The balance remaining of the fine and assessment is waived.

[X] **The Court makes the following recommendations to the Bureau of Prisons:**

> The Court recommends that Defendant serve her sentence at an institution where she will receive the maximum amount of intensive psychiatric treatment.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at __ a.m./p.m. on __.

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    [ ] before 2:00 p.m. on __.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

_____ with a certified copy of this judgment.

                                                                          United States Marshal

                                by _____

                                                    Deputy Marshal